No. 400. UNITED STATES EX REL. L. MARGULIES AND SONS, INC. *v.* J. RAYMOND McCARL, COMPTROLLER GENERAL. October 11, 1926. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied.

*Messrs. Raymond M. Hudson* and *Lewis K. Torbet* for petitioner. *Solicitor General Mitchell* for respondent.